Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
Delta Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 23 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Merylynn Hicks
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lexis Alexis
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:24-cv-80-KGB
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

This case assigned to District Judge **Baker**
and to Magistrate Judge **Kearney**

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Merylynn Hicks
Street Address: P.O. Box 162
City and County: Brinkley — Monroe
State and Zip Code: Arkansas 72021
Telephone Number: (870) 275-2708
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
    Name: Lexis Nexis
    Job or Title (if known): Credit Reporting Agency
    Street Address: P.O. Box 105108
    City and County: Atlanta – Fulton
    State and Zip Code: GA – 30348-5108
    Telephone Number: 1-888-497-0011
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Violation(s) arising from false Claims made by Lexis Nexis Risk Solution report.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Merylynn Hicks, is a citizen of the State of *(name)* Arkansas.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) __Lexis Nexis__, is incorporated under the laws of the State of (name) __Georgia__, and has its principal place of business in the State of (name) __Georgia__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$375,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have been trying to clear my name and prove that I'm not a risk (as their records show) since 2007. Going before a Judge is the only solution to this problem.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm able to work, but can not find work doing what any senior is able to do. I can not afford to volunteer. I need income to help solve pending property issues. Things like the attached information has been included with my insurance renewals for the past (2) Yrs. And address tampering has been consistent.

Page 4 of 5

# PRIVACY NOTICE



This Privacy Notice describes how we handle your personal information as an insurance carrier and agent and the steps taken to protect your privacy. A separate privacy notice would apply to information collected through other means including from the use of our website, AAA mobile applications, AAA membership, AAA OnBoard telematic services, and affiliate partner products and services. You should consult those notices if necessary.

**Information We Collect.** We collect, from you and from other sources, personal information (hereinafter "your information" or "your personal information") about you such as your name, home and email address, driver's license number and telephone number. Personal information does not include (i) privileged information, or (ii) any information that is publicly available. We also collect information about your transactions with us, our affiliates and others, such as insurance policy information, premiums and payment history. We may collect information such as your driving record, claims history, medical information and credit information. As allowed by law, we may ask for consumer reports concerning your application or insurance renewal. Information given to us by an insurance support organization, including consumer reporting agency, may be retained by them and disclosed to other persons.

**Information We Share.** We may share your personal information with our affiliates and non-affiliates. We do not disclose your personal information unless allowed by law. We may share the following categories of your information without your consent:
1. To a person other than a regulated (licensed) insurance entity (hereinafter referred to as "insurer") or insurance support organization (ISO) if reasonably needed to:
   a. Perform a business, professional or insurance function;
   b. Determine your eligibility for an insurance benefit or payment;
   c. Detect or prevent crime, fraud, material misrepresentation or material nondisclosure with an insurance transaction.
2. To an insurer, ISO or self-insurer to:
   a. Detect or prevent crime, fraud, material misrepresentation or nondisclosure with an insurance transaction;
   b. Perform an insurance transaction involving you.
3. To a health care provider to:
   a. Verify insurance coverage or benefits;
   b. Inform you of a medical problem you may not be aware of;
   c. Conduct an operations or services audit.
4. To an insurance regulatory authority (e.g., Insurance Department).
5. To law enforcement or other governmental authority.
6. In response to an order (including a search warrant or subpoena) or as otherwise required by law.
7. For actuarial or research studies if:
   a. Your identity is not given in reports that are produced;
   b. Materials that can identify you are returned or destroyed when no longer needed;
   c. The group conducting the study agrees not to disclose it further unless permitted by law.
8. To a person who only uses it is in the marketing of a product or service. We will not disclose:
   a. Health care information;
   b. Confidential investigation information;
   c. Information regarding or derived from your character, personal habits, mode of living, or general reputation.
9. To a group policyholder to report claims experience or to conduct an audit of our operations.
10. To a certificate or policyholder to provide information regarding an insurance transaction.
11. To a person (e.g., lienholder) having a legal beneficial interest in a policy if health care information is not disclosed (unless otherwise permitted by law), and the disclosure is limited to reasonably necessary information that permits the person to protect its interests in the policy.
12. To an affiliate for an audit or for the marketing of their product or service if health care information is not disclosed and the affiliate does not disclose it further except as permitted by law.

**Information Protection.** We maintain physical, electronic, and procedural safeguards to protect your personal information. We require employees and vendors to keep your personal information confidential. Access to such information is provided to those who need it for their duties. We review the information security practices of vendors with whom we share personal information.

We send a privacy notice annually, as required by law. We reserve the right to modify this Notice at any time.

**This Notice is provided on behalf of:** Automobile Club of Missouri's agency, management services and insurance companies: Club Insurance Agency Inc., Club Exchange Corporation, Automobile Club Inter-Insurance Exchange and Auto Club Family Insurance Company.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-23-24

Signature of Plaintiff: *Merylynn Hicks*
Printed Name of Plaintiff: Merylynn Hicks

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____